FILED
April 19, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                      )   Case No. 2:10MJ00103-GGH-1
            Plaintiff,                )
v.                                    )   ORDER FOR RELEASE OF
                                      )   PERSON IN CUSTODY
RENEE WALKER,                         )
                                      )
            Defendant.                )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RENEE WALKER , Case No.  2:10MJ00103-GGH-1 , Charge  Supervised Release Violation , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)      Conditions of Release

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 19, 2010  at  2:00 pm .

By  /s/ Gregory G. Hollows
    Gregory G. Hollows
    United States Magistrate Judge

Copy 5 - Court