DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RENEE WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-mj-103 GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **TO JUNE 21, 2010** |
| RENEE WALKER, | ) | |
| | ) | |
| Defendant. | ) | Date: May 17, 2010 |
| | ) | Time: 2:00 p.m. |
| _____ | ) | Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, RENEE WALKER, that the status conference scheduled for May 17, 2010 may be continued to June 21, 2010, at 2:00 p.m.

Ms. Walker has been indicted in the District of Alaska. She was released in this district under pretrial services supervision. The parties anticipate resolving the case in this district pursuant to Federal Rule of Criminal Procedure 20, but need additional time to obtain discovery, prepare a plea agreement, and to prepare the paperwork to

1  effectuate a Rule 20 transfer.  To afford time to receive those records
2  and to review, the parties agree that the ends of justice to be served by
3  a continuance outweigh the best interests of the public and the defendant
4  in a speedy trial, and they ask the Court to exclude time under the
5  Speedy Trial Act from the date of this order through June 21, 2010,
6  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  May 14, 2010                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for RENEE WALKER


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  May 14, 2010                    /s/ T. Zindel for M. Segal
                                        MATTHEW DEAN SEGAL
                                        Assistant U.S. Attorney


                                    **O R D E R**

   The status conference is continued to June 21, 2010, at 2:00 p.m.
For the reasons set forth above, the court finds that the ends of justice
to be served by a continuance outweigh the best interests of the public
and the defendant in a speedy trial and therefore excludes time under the
Speedy Trial Act through June 21, 2010.

   IT IS SO ORDERED.

Dated: May 17, 2010                     *[signature]*
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE