1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   RENEE WALKER
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:10-mj-103 GGH
                                  )
14              Plaintiff,        )
                                  ) **STIPULATION AND ORDER**
15      v.                        ) **CONTINUING STATUS CONFERENCE**
                                  ) **TO JUNE 21, 2010**
16 RENEE WALKER,                  )
                                  )
17              Defendant.        ) Date:  June 21, 2010
                                  ) Time:  2:00 p.m.
18 _____) Judge: Hon. Gregory G. Hollows

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, RENEE WALKER, that the status conference
22 scheduled for June 21, 2010 may be continued to August 2, 2010, at 2:00
23 p.m.
24     Ms. Walker has been indicted in the District of Alaska.  She was
25 released in this district under pretrial services supervision.  The
26 parties anticipate resolving the case in this district pursuant to
27 Federal Rule of Criminal Procedure 20, but need additional time to obtain
28 discovery, prepare a plea agreement, and to prepare the paperwork to

effectuate a Rule 20 transfer. To afford time to receive those records and to review, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through August 2, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  June 18, 2010                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for RENEE WALKER


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  June 18, 2010                /s/ T. Zindel for M. Segal
                                        MATTHEW DEAN SEGAL
                                        Assistant U.S. Attorney


## **O R D E R**

The status conference is continued to August 2, 2010, at 2:00 p.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 2, 2010.

IT IS SO ORDERED.

Dated: June 21, 2010                /s/ Gregory G. Hollows
                                        _____
                                        HON. GREGORY G. HOLLOWS
                                        United States Magistrate Judge

walker103.eot