UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 2, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>              Plaintiff,                        )<br>v.                                                      )<br>                                                          )<br>RENEE WALKER,                              )<br>                                                          )<br>              Defendant.                      ) | Case No. 2:10CR00261<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RENEE WALKER , Case No.  2:10CR00261 , Charge  18:3606 - Petition for Violation of Supervised Release , from custody for the following reasons:

    ✔   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $___

           ___   Unsecured Appearance Bond

           ___   Appearance Bond with 10% Deposit

           ___   Appearance Bond with Surety

           ___   Corporate Surety Bail Bond

           ___   (Other)  ___

Issued at  Sacramento, CA  on  April 2, 2013  at  9:29 am  .

By /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal