HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RENEE WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br>RENEE WALKER,                     )<br>                                  )<br>            Defendant.            )<br>_____) | No. Cr.S 10-261 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING REVOCATION HEARING<br><br>Date:  August 6, 2013<br>Time:  9:15 a.m.<br>Judge: Lawrence K. Karlton |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, NIRAV DESAI, Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for RENEE WALKER, that the Court vacate the revocation hearing on July 2, 2013 at 9:15 a.m. and set a new revocation hearing on August 6, 2013 at 9:15 a.m.

   The reason for this continuance is that the probation office is unavailable on July 2nd. Renee Walker is in compliance with her conditions of supervision.

///

```
1  Dated: June 27, 2013
                                          Respectfully submitted,
2
                                          HEATHER E. WILLIAMS
3                                         Federal Defender

4                                         /s/ Linda C. Harter
                                          LINDA C. HARTER
5                                         Chief Assistant Federal Defender
                                          Attorney for Defendant
6                                         RENEE WALKER

7
   Dated: June 26, 2013                   BENJAMIN B. WAGNER
8                                         United States Attorney

9

10                                        /s/ Linda C. Harter for
                                          NIRAV DESAI
11                                        Assistant United States Attorney

12
                                    **ORDER**
13
   IT IS SO ORDERED.
14

15
   Dated: July 2, 2013
16

17
                                    LAWRENCE K. KARLTON
18                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
19
```

Stipulation and Order                    -2-